En el Tribunal Supremo de Puerto Rico

| In Re: | Querella |
| --- | --- |
| Víctor Vargas negrón<br>Jorge L. Santiago Gauthier<br>Pedro González Carrasquillo<br>Rafael Rodríguez Hernández | 98TSPR72 |

Número del Caso: 1400, 4412, 7334 y 6049

Abogado Parte Querellante:    Lcda. Carmen R. Cintrón Ferrer
Directora Ejecutiva
del Colegio de Abogados

Abogado Parte Querellada:    Por Derecho Propio

Fecha: 6/12/1998

Materia: Suspencion Ejercicio de la Abogacía y Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor Vargas Negrón (1400)
Jorge L. Santiago Gauthier (4412)          Querella sobre
Pedro Gónzález Carasquillo (7334)          suspensión del
Rafael Rodríguez Hernández (6049)          Ejercicio de la
                                           Abogacía y de la
                                           Notaría

PER CURIAM

San Juan, Puerto Rico, a 12 de junio de 1998.

Mediante Resolución concedimos un término de veinte (20) días a los abogados querellados del epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevaría su suspensión automática del ejercicio de la abogacía.

Dichas Resoluciones fueron notificadas por correo certificado a la dirección de record de los abogados querellados. Algunas fueron devueltas por haber cambiado dichos abogados de dirección, y no haber notificado dicho cambio a la secretaría de este Tribunal. La Regla 8(j) del Reglamento del Tribunal Supremo impone a todo abogado el deber ineludible de notificar cualquier cambio de su dirección al Secretario del Tribunal Supremo. El incumplimiento de tal deber es suficiente para decretar la separación indefinida de la abogacía. In re Cruz González, 123 D.P.R. 108 (1989).

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado.

Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales Sánchez, Opinión y Sentencia de 31 de agosto de 1995, 141 D.P.R.__(1995); In re: Serrallés III, 119 D.P.R. 494, 495-496 (1987); Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); In re: Vega González, 116 D.P.R. 379, 381 (1985); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Pérez Benabe, Opinión y Sentencia de 19 de mayo de 1993, 133 D.P.R.__ (1993); In re: Ribas Dominicci, Opinión y Sentencia de 31 de agosto de 1992, 131 D.P.R.__ (1992); In re: Nicot Santana, Opinión y Sentencia de 24 de enero de 1992, 129 D.P.R.__ (1992); In re: Colón Torres, Opinión y Sentencia de 13 de diciembre de 1991, 129 D.P.R.__ (1991), se decreta la suspensión indefinida del ejercicio de la abogacía y de la notaría en esta jurisdicción de los abogados del epígrafe.

Se dictará la Sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor Vargas Negrón (1400)
Jorge L. Santiago Gauthier (4412)          Querella sobre
Pedro Gónzález Carasquillo (7334)          suspensión del
Rafael Rodríguez Hernández (6049)          Ejercicio de la
                                           Abogacía y la
                                           Notaría

SENTENCIA

San Juan, Puerto Rico, a 12 de junio de 1998.

Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión indefinida del ejercicio de la abogacía y de la notaría en Puerto Rico de los abogados del epígrafe.

Se ordena al Alguacil General que se incaute de la obra notarial del epígrafe.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo